# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

133527

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In re:

The Honorable JEANETTE O'BANNER-OWENS,
36th District Court
421 Madison, Suite 3068
Detroit, MI 48226

SC: 133527
JTC: Formal Complaint No. 80

_____/

On order of the Court, the petition for interim suspension is considered and, in lieu of granting the petition, the parties are DIRECTED to submit supplemental briefs within 14 days of the date this order addressing the issue whether respondent, as a matter of due process, is entitled to disclosure of the eight-page letter or letters sent to the physicians who examined respondent pursuant to MCR 9.207(D). The petition for interim suspension remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2007

_____
Clerk

p0418